[No. 11309-4-III.   Division Three.   June 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL C. WODA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-8-00413-8, John G. Carroll, J. Pro Tem., entered January 7, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11411-2-III.   Division Three.   June 11, 1992.]

WANETA J. STEELMAN, *Respondent*, v. ROGER D. NOEL, *as Personal Representative, Defendant*, FREDERICK E. PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-01206-4, Michael E. Cooper, J., entered February 1, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 15007-7-II.   Division Two.   June 12, 1992.]

CLARENCE PEACE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-2-00203-0, Don L. McCulloch, J., entered April 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.